IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THOMAS LEE CAMERON**                                                                 **PETITIONER**

v.                                                      **CRIMINAL NO. 1:12CR59-LG-RHW**
                                                                    **CIVIL NO. 1:15CV181-LG**

**UNITED STATES OF AMERICA**                                      **RESPONDENT**

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 and 2255 Cases in the United States District Courts, hereby finds that:

    X   A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

    __   A Certificate of Appealability should issue for the following specific issue(s):

**SO ORDERED AND ADJUDGED** this the 12th day of August, 2015.

                                                   s/ *Louis Guirola, Jr.*
                                                   LOUIS GUIROLA, JR.
                                                   CHIEF U.S. DISTRICT JUDGE